```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JASON WIMBERLY                                       :
                                                     :
                          Plaintiff,                 :
                                                     :
          -against-                                  :      20-CV-2880 (VEC)
                                                     :
AUTOMOTIVE MASTERMIND, INC.,                         :      ORDER
                                                     :
                          Defendant.                 :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on April 6, 2020, Plaintiff filed a complaint in this action (Dkt. 2);

   WHEREAS on July 27, 2020, Defendant filed a motion to consolidate the instant case with a similar case pending before Judge Koeltl, (20-CV-1870, Dkt. 18);

   WHEREAS on August 19, 2020, Judge Koeltl denied Defendant's motion to consolidate without prejudice (Dkt. 36);

   IT IS HEREBY ORDERED THAT: Defendant must review Rule 13(b)(3) of the Rules for the Division of Business for the Southern District of New York. If it believes this case should be designated as a related case to the case pending before Judge Koeltl, it should file a letter requesting that the case be so designated.

**SO ORDERED.**

Date: **August 20, 2020**
      **New York, New York**

                                                _____
                                                **VALERIE CAPRONI**
                                                **United States District Judge**