UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

JASON WIMBERLY,                                      20 Civ. 02880 (JGK)

            Plaintiff,                        ORDER

    - against -

AUTOMOTIVEMASTERMIND, INC.,

            Defendant.
─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The defendant's time to respond to the complaint is extended to September 18, 2020. To the extent that the defendant seeks to consolidate this case with 20 cv 1870, the motion is denied without prejudice as premature. Both cases are at different postures at the moment and consolidation would accomplish no useful purpose until after the mediation is complete in this case and the Court decides the motion to dismiss in 20 cv 1870. The Clerk is directed to close Docket No. 20.

**SO ORDERED.**

Dated:    New York, New York
          August 31, 2020              /s/ John G. Koeltl
                                                 John G. Koeltl
                                   United States District Judge