**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JASON WIMBERLY,** | 20-cv-2880 (JGK) |
| Plaintiff, | <u>ORDER</u> |
| - against - | |
| **AUTOMOTIVEMASTERMIND, INC.,** | |
| Defendant. | |

**JOHN G. KOELTL, District Judge:**

The plaintiff shall respond to the motion to dismiss by February 23, 2021. The defendant shall reply by March 5, 2021.

The Clerk is directed to mail a copy of this order to the <u>pro se</u> plaintiff.

**SO ORDERED.**

**Dated:   New York, New York**
**         February 2, 2021**

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge