```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**JASON WIMBERLY,**                              20-cv-2880 (JGK)

            **Plaintiff,**                      ORDER

    - against -

**AUTOMOTIVEMASTERMIND, INC.,**

            **Defendant.**

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court needs to determine what the plaintiff wishes to redact from the filing. Therefore the plaintiff should submit by email to KoeltlNYSDChambers@nysd.uscourts.gov the unredacted document and his proposed redacted filing, indicating the places where he seeks to redact portions of the document.

    The Clerk is directed to mail a copy of this order to the pro se plaintiff.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 5, 2021**

                                              /s/ John G. Koeltl
                                                  John G. Koeltl
                                  **United States District Judge**