**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————————

**JASON WIMBERLY,**

                 Plaintiff,           20-cv-1870 (JGK)
                                        20-cv-2880 (JGK)
    - against -

                                        <u>ORDER</u>

**AUTOMOTIVEMASTERMIND INC. ET AL.,**

                 Defendants.
————————————————————————————

**JOHN G. KOELTL, District Judge:**

    All remaining deadlines in these cases are extended by 15 days. The parties should stop bickering over procedural matters and should not request any substantive concessions in response to requests for common courtesies.

    The Clerk is directed to mail a copy of this order to the <u>pro se</u> plaintiff.

**SO ORDERED.**

**Dated:**    New York, New York
            March 25, 2021                   /s/ John G. Koeltl
                                                   John G. Koeltl
                                       **United States District Judge**