UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON WIMBERLY,

                Plaintiff,        20-cv-2880 (JGK)

    - against -              ORDER

AUTOMOTIVEMASTERMIND, INC.,

                Defendant.

JOHN G. KOELTL, District Judge:

    The plaintiff's time to file an amended complaint is extended to July 6, 2021.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
          June 21, 2021

                               /s/ John G. Koeltl
                                John G. Koeltl
                         United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/21/2021